# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Nora B. | District Court, Western PA | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Suite 5260, US Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Highmark Inc. - salary |
| 2. | 2020 | Self-Employed Consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 (H) | | | | | | | | | |
| 4. - American Europacific Growth | A | Dividend | M | T | Sold (part) | 01/13/20 | J | | |
| 5. - Dodge & Cox Stock | D | Dividend | M | T | Buy (add'l) | 07/30/20 | K | | |
| 6. - FPA New Income | B | Dividend | L | T | | | | | |
| 7. - Fidelity Govt MMK Capital | A | Interest | J | T | | | | | |
| 8. - Champlain Small Company Fund Adv Cl | D | Dividend | M | T | | | | | |
| 9. - SouthernSun Small-cap N/C | A | Dividend | M | T | Buy (add'l) | 07/30/20 | J | | |
| 10. -T Rowe Price Real Estate Fund | D | Dividend | K | T | | | | | |
| 11. - Eaton Vance Floating Rate Advantage Adv | D | Dividend | M | T | | | | | |
| 12. - Loomis Sayles Bond Retail Shares | C | Dividend | L | T | | | | | |
| 13. - Vanguard Short Term Invmt Grade Investor | C | Dividend | M | T | | | | | |
| 14. - Vanguard Short Term Federal | B | Dividend | M | T | Sold (part) | 07/21/20 | J | | |
| 15. - Templeton Global Bond Class A | B | Dividend | K | T | | | | | |
| 16. - FPA Crescent Instl | D | Dividend | M | T | | | | | |
| 17. - Metropolitan West Total Ret - I sh | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - MFS Growth I LG | C | Dividend | M | T | Sold (part) | 07/30/20 | K | | |
| 19.  - Thornburg Strategic Inc I | B | Dividend | L | T | | | | | |
| 20.  - Westcore International Small Cap RE | D | Dividend | M | T | | | | | |
| 21.  - Osterweis Strategic Income | C | Dividend | L | T | | | | | |
| 22.  - Diamond Hill Large Cap I | C | Dividend | M | T | Buy (add'l) | 07/30/20 | K | | |
| 23.  - Aston/Fairpointe Mid Cap Fund Cl I | | None | | | Sold | 01/13/20 | L | | |
| 24.  - INVESCO Select Opportunities CL Y | | None | | | Sold | 01/13/20 | L | | |
| 25.  - PIMCO Foreign Bond Fund Hedged | B | Dividend | L | T | | | | | |
| 26.  - JP Morgan Total Return Fund-Select | C | Dividend | M | T | | | | | |
| 27.  - AMG Timesquare small cap growth | D | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 28.  - Ivy International Core Equity I | B | Dividend | M | T | | | | | |
| 29.  - Virtus newfleet Multi-Sector Short Term | C | Dividend | M | T | | | | | |
| 30.  - Thornburg Investment Income Builder | C | Dividend | M | T | | | | | |
| 31.  - AB Large Cap Growth Advisor Class | C | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 32.  - Boston Partners Global Long Short Insl | A | Dividend | L | T | | | | | |
| 33.  - JOHCM Intl Small Cap Equity Instl | A | Dividend | L | T | Buy | 01/14/20 | L | | |
| 34.  - Virtus Kar Mid Cap Core Fund Class I | A | Dividend | L | T | Buy | 01/14/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Qualified Plan #5 (H) | | | | | | | | | |
| 37. - PIMCO Foreign Bond | C | Dividend | M | T | | | | | |
| 38. - Artisan International | C | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 39. - MFS International New Disc Cl A | C | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 40. - Fidelity Govt MMKT Capital | A | Dividend | J | T | | | | | |
| 41. - Third Avenue Real Estate Value | A | Dividend | K | T | | | | | |
| 42. - Prime Cap Odyssey Growth Fund | E | Dividend | M | T | | | | | |
| 43. - Vanguard GNMA | C | Dividend | M | T | | | | | |
| 44. - IVA Worldwide Fund Cl A | A | Dividend | L | T | Sold (part) | 07/30/20 | K | | |
| 45. -Cullen High Dividend Equity I L | D | Dividend | L | T | | | | | |
| 46. - Oakmark International Small Cap | C | Dividend | M | T | Buy (add'l) | 01/13/20 | J | | |
| 47. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 48. - Scout Mid Cap DMC MB | C | Dividend | M | T | Buy (add'l) | 01/13/20 | J | | |
| 49. - Legg Mason BW Global Opportunites Bd I | A | Dividend | M | T | | | | | |
| 50. - Frost Total Return Bond Fund Intl | D | Dividend | M | T | | | | | |
| 51. - FPA New Income | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - JP Morgan Advantage Fd Select Class | D | Dividend | M | T | Buy (add'l) | 07/30/20 | J | | |
| 53.  - Lord Abbett Short Duration Income Cl A | C | Dividend | M | T | | | | | |
| 54.  - Virtus Multisector Short Term Bond Cl I | C | Dividend | M | T | | | | | |
| 55.  - Columbia Contrarian Core Fund Cl R4 | E | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 56.  - Guggenheim Floating Rate Strtgs Fd Instl | C | Dividend | M | T | | | | | |
| 57.  - SIT U.S. Government Securities | B | Dividend | L | T | Buy (add'l) | 07/30/20 | J | | |
| 58. | | | | | Sold (part) | 01/13/20 | J | | |
| 59.  - Thornburg Limited-Term Income Instl | C | Dividend | M | T | Sold (part) | 01/13/20 | J | | |
| 60. | | | | | Sold (part) | 07/30/20 | J | | |
| 61.  - John Hancock Short Duration Opp Cl I | C | Dividend | | | Sold | 11/13/20 | M | | |
| 62.  - MFS Mid Cap Value I | B | Dividend | M | T | Buy (add'l) | 07/30/20 | J | | |
| 63.  - Dean Small Cap Value No-Load | B | Dividend | M | T | Buy (add'l) | 07/30/20 | J | | |
| 64.  - Hodges Small Cap Inst | | None | L | T | | | | | |
| 65.  - T. Rowe Price Mid-Cap Growth Fund I Class | D | Dividend | M | T | Sold (part) | 01/13/20 | K | | |
| 66.  - PIMCO Income Instl | D | Dividend | M | T | | | | | |
| 67.  - JP Morgan Equity Income I | B | Dividend | L | T | | | | | |
| 68.  - PIMCO Short-Term Instl | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - JP Morgan Unconstrained Debt I | C | Dividend | M | T | | | | | |
| 70. - Baron Real Estate Inst | C | Dividend | L | T | Sold (part) | 01/13/20 | J | | |
| 71. - Artisan International Value Fund Instl | B | Dividend | M | T | Buy (add'l) | 07/30/20 | J | | |
| 72. - Osterweis Emerging Opportunity Fund | D | Dividend | M | T | Sold (part) | 07/30/20 | J | | |
| 73. - Thornburg Long/Short Equity Fund Cl I | | None | | | Sold | 07/21/20 | K | | |
| 74. - Zeo Short Term Duration Income I | B | Dividend | M | T | Buy | 11/16/20 | M | | |
| 75. - JP Morgan Hedged Equity Class I | A | Dividend | K | T | Buy | 7/30/20 | K | | |
| 76. - Diamond Hill Long-Short I | A | Dividend | K | T | Buy | 07/22/20 | K | | |
| 77. | | | | | | | | | |
| 78. Qualified Plan #8 (H) | | | | | | | | | |
| 79. - Dodge & Cox Stock | C | Dividend | M | T | Distributed (part) | 10/01/20 | L | | |
| 80. - GMO Benchmark-Free Allocation Series - C1 R6 | C | Dividend | L | T | Distributed (part) | 10/01/20 | K | | |
| 81. - BlackRock Russell 2500 Index NL - C1 F | C | Dividend | L | T | Distributed (part) | 10/01/20 | K | | |
| 82. - Harbor High Yield Bond - Retirement Class | C | Dividend | | | Distributed (part) | 10/01/20 | K | | |
| 83. | | | | | Sold | 12/01/20 | L | | |
| 84. - MFS Institutional International Equity | C | Dividend | J | T | Distributed (part) | 10/01/20 | J | | |
| 85. - Parametric Emerging Markets Collective Trust | C | Dividend | | | Distributed (part) | 10/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Sold | 12/01/20 | K | | |
| 87. | - Vanguard High-Yield Corporate - Admiral Shares | C | Dividend | L | T | Buy | 12/01/20 | L | | |
| 88. | - T. Rowe Price Emerging Markets Collective Trust | C | Dividend | K | T | Buy | 12/01/20 | K | | |
| 89. | | | | | | | | | | |
| 90. | | | | | | | | | | |
| 91. | Mass Mutual Whole Life Insurance Policy | | None | L | T | | | | | |
| 92. | Mass Mutual Whole Life Insurance Policy | | None | M | T | | | | | |
| 93. | | | | | | | | | | |
| 94. | HSA #1 (H) | | | | | | | | | |
| 95. | - Acclaris Inc., Cash account | A | Interest | K | T | | | | | |
| 96. | | | | | | | | | | |
| 97. | Trust #1 (H) | | | | | | | | | |
| 98. | - T Rowe Price Intl Discovery Fund | A | Dividend | J | T | Sold (part) | 01/13/20 | J | A | |
| 99. | | | | | | Sold (part) | 07/27/20 | J | B | |
| 100. | | | | | | Sold (part) | 11/13/20 | J | B | |
| 101. | - Thornburg Inv Income Builder | A | Dividend | | | Sold (part) | 01/02/20 | J | B | |
| 102. | | | | | | Sold (part) | 01/13/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 03/27/20 | K | A | |
| 104. - Fidelity Govt MMKT Capital Reserves | A | Dividend | J | T | | | | | |
| 105. - Vanguard Interm-Term Tax-Ex | A | Dividend | J | T | | | | | |
| 106. - Pear Tree Polaris Foreign Value Sm Cap Instl | | None | | | Sold (part) | 01/13/20 | J | A | |
| 107. | | | | | Sold | 03/27/20 | J | A | |
| 108. - Thornburg Ltd Term Municipal Fd Cl A | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 109. | | | | | Sold (part) | 07/21/20 | J | A | |
| 110. | | | | | Sold (part) | 11/13/20 | J | A | |
| 111. - Adirondack Small Cap Fund | | None | | | Sold | 03/27/20 | J | A | |
| 112. - MFS Mid Cap VAlue Fund Cl I | A | Dividend | J | T | Sold (part) | 01/2/20 | J | B | |
| 113. | | | | | Sold (part) | 01/13/20 | J | B | |
| 114. - Vanguard Limited Trm Tax Exempt Inv Cl | A | Dividend | J | T | Sold (part) | 01/13/20 | J | A | |
| 115. | | | | | Sold (part) | 10/7/20 | J | A | |
| 116. - Voya Midcap Opportunites Cl I | B | Dividend | J | T | | | | | |
| 117. - Wells Fargo Absolute Return Inst | | None | | | Sold (part) | 01/02/20 | J | A | |
| 118. | | | | | Sold | 04/17/20 | K | A | |
| 119. - Appleseed Fund - Institutional | | None | | | Sold | 03/27/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Lord Abbett Intermed Tax Free Fund F | A | Dividend | J | T | Sold (part) | 10/07/20 | J | A | |
| 121.  - MFS Municipal High Income Fund Cl I | A | Dividend | J | T | Sold (part) | 01/13/20 | J | A | |
| 122. | | | | | Sold (part) | 07/27/20 | J | A | |
| 123. | | | | | Sold (part) | 11/13/20 | J | A | |
| 124.  - Oppenheimer Intl Growth Fd Y | B | Dividend | J | T | Sold (part) | 01/13/20 | J | B | |
| 125. | | | | | Sold (part) | 07/27/20 | J | B | |
| 126.  - T Rowe Price Tax Free High Yield | A | Dividend | J | T | Sold (part) | 07/27/20 | J | A | |
| 127. | | | | | Sold (part) | 11/13/20 | J | A | |
| 128.  - Transamerica Intl Equity Cl I | A | Dividend | J | T | Sold (part) | 01/13/20 | J | A | |
| 129. | | | | | Sold (part) | 07/27/20 | J | A | |
| 130.  - Vanguard Short Term Tax Exempt Admiral | A | Dividend | K | T | Buy (add'l) | 01/13/20 | L | | |
| 131. | | | | | Sold (part) | 01/28/20 | J | A | |
| 132. | | | | | Sold (part) | 05/05/20 | J | A | |
| 133. | | | | | Sold (part) | 06/03/20 | J | A | |
| 134. | | | | | Sold (part) | 07/06/20 | J | A | |
| 135. | | | | | Sold (part) | 08/05/20 | J | A | |
| 136. | | | | | Sold (part) | 09/02/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/28/20 | J | A | |
| 138. | | | | | Sold (part) | 11/03/20 | J | A | |
| 139. | | | | | Sold (part) | 12/01/20 | J | A | |
| 140.  - Wells Fargo Short Term Muni Bond Instl | A | Dividend | | | Sold | 11/13/20 | J | A | |
| 141.  - Diamond Hill Long/Shrt Fund Cl I | | None | | | Sold (part) | 01/02/20 | J | A | |
| 142. | | | | | Sold | 03/27/20 | K | A | |
| 143.  - Paranassus Core Equity Instl | A | Dividend | J | T | Sold (part) | 01/2/20 | J | A | |
| 144. | | | | | Sold (part) | 01/13/20 | J | A | |
| 145. | | | | | Sold (part) | 03/27/20 | K | A | |
| 146. | | | | | Buy (add'l) | 07/22/20 | K | | |
| 147. | | | | | Sold (part) | 07/27/20 | J | A | |
| 148. | | | | | Sold (part) | 11/13/20 | J | A | |
| 149.  - American Capital Income Builder Cl F2 | A | Dividend | | | Buy | 03/30/20 | K | | |
| 150. | | | | | Sold (part) | 07/27/20 | J | B | |
| 151. | | | | | Sold | 10/07/20 | J | B | |
| 152.  -Artisan Intl small-mid cap snstl | A | Dividend | K | T | Buy | 03/30/20 | J | | |
| 153.  - GMO Benchmark Free Allocation Instl | A | Dividend | J | T | Buy | 04/20/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/13/20 | J | A | |
| 155.   - Greenspring Fund | A | Dividend | | | Buy | 03/30/20 | J | | |
| 156. | | | | | Sold | 07/27/20 | J | B | |
| 157.   - JP Morgan Hedged Equity Class I | A | Dividend | K | T | Buy | 03/30/20 | K | | |
| 158. | | | | | Sold (part) | 11/13/20 | J | B | |
| 159.   - SIT Dividend Growth Fund Cl I | A | Dividend | | | Buy | 03/30/20 | K | | |
| 160. | | | | | Sold | 07/21/20 | K | C | |
| 161.   - T Rowe Price small cap value I | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 162. | | | | | | | | | |
| 163.   Qualified Plan #10 (H) | | | | | | | | | |
| 164.   - Fidelity Govt MMKT Capital | A | Interest | J | T | | | | | |
| 165.   - Thornburg Global Oppt Fd Instl Cl | | None | | | Sold | 07/21/20 | J | | |
| 166.   - Invesco Select Opportunities Y | | None | | | Sold | 01/13/20 | J | | |
| 167.   - Neuberger Berman Multi Cap Opt Intsl | B | Dividend | J | T | | | | | |
| 168.   - Boston Partners Global Long Short Insl | A | Dividend | J | T | | | | | |
| 169.   - Cullen High Dividend Equity Class I | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 170.   - Grandeur Peak Global Stalwarts Instl | A | Dividend | K | T | Buy | 07/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - MFS Global Equity Fd Class I | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 172.   - ZEO Short Duration Income Fund Cl I | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 173.   - Virtus Newfleet Mlt Sector Sh Term bd I | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 174. | | | | | | | | | |
| 175.   Educational Savings (529) plan #1 (H) | | | | | | | | | |
| 176.   - AM Century Mid Cap Value 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 177.   - Columbia Contrarion Core 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 178.   - Columbia Select LG Cap Grwth A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 179.   - DFA Intl Core Equity 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 180.   - FA Small Cap 529 Portfolio A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 181. | | | | | | | | | |
| 182.   Educational Savings (529) plan #2 (H) | | | | | | | | | |
| 183.   - AM Century Mid Cap Value 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 184.   - Columbia Contrarion Core 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 185.   - Columbia Select LG Cap Grwth A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 186.   - DFA Intl Core Equity 529A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |
| 187.   - FA Small Cap 529 Portfolio A | | None | J | T | Buy (add'l) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | | | | | |
| 189.   Educational Savings (529) plan #3 (H) | | | | | | | | | |
| 190.   - AM Century Mid Cap Value 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 191.   - Columbia Contrarion Core 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 192.   - Columbia Select LG Cap Grwth A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 193.   - DFA Intl Core Equity 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 194.   - FA Small Cap 529 Portfolio A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 195. | | | | | | | | | |
| 196.   Educational Savings (529) plan #4 (H) | | | | | | | | | |
| 197.   - AM Century Mid Cap Value 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 198.   - Columbia Contrarion Core 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 199.   - Columbia Select LG Cap Grwth A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 200.   - DFA Intl Core Equity 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 201.   - FA Small Cap 529 Portfolio A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |
| 202. | | | | | | | | | |
| 203.   Educational Savings (529) plan #5 (H) | | | | | | | | | |
| 204.   - AM Century Mid Cap Value 529A | None | J | T | | Buy<br>(add'l) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fischer, Nora B.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  - Columbia Contrarion Core 529A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 206.  - Columbia Select LG Cap Grwth A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 207.  - DFA Intl Core Equity 529A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 208.  - FA Small Cap 529 Portfolio A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 209. | | | | | | | | | |
| 210.  Educational Savings (529) plan #6 (H) | | | | | | | | | |
| 211.  - AM Century Mid Cap Value 529A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 212.  - Columbia Contrarion Core 529A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 213.  - Columbia Select LG Cap Grwth A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 214.  - DFA Intl Core Equity 529A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 215.  -FA Small Cap 529 Portfolio A | | None | J | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fischer, Nora B.** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Nora B. Fischer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544